O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV09-07631-AHM (SHx) | Date | November 3, 2009 |
|---|---|---|---|
| Title | THE ESTATE OF BRADLEY NOWELL, et al. v. FLOYD GAUGH IV, et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Cindy Nirenberg | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Jeremiah T. Reynolds | Thomas Brackey, II |
| | Craig A. Huber |

**Proceedings:**   PRELIMINARY INJUNCTION HEARING (non-evidentiary)

    Court circulates tentative ruling and hears oral argument. For reasons and findings stated on the record, the Court GRANTS plaintiffs' motion for a preliminary injunction conditioned on the posting of an $125,000 bond. Plaintiffs are to promptly submit a revised proposed preliminary injunction order.

|   | : | 27 |
|---|---|---|
| | Initials of Preparer | SMO |